FILED

2005 Mar-08  PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 04-PT-512-S |
| | ) | |
| CURTIS LEWIS JACKSON | ) | |

## MEMORANDUM OPINION

This matter is before the court on defendant Curtis Lewis Jackson's motion to suppress any evidence obtained as a consequence of the stop of his vehicle and his subsequent arrest. (Doc. 7).

The court has considered the entire file in this action together with the "Magistrate Judge's Report and Recommendation" and has reached an independent conclusion that the "Magistrate Judge's Report and Recommendation" is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the court finds that the motion to suppress is due to be denied.

An appropriate order will be entered.

**DONE**, this 8th day of March, 2005.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**