IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 04-PT-512-S |
| | ) | |
| CURTIS LEWIS JACKSON | ) | |

**ORDER**

In accordance with the memorandum opinion entered contemporaneously herewith, it is hereby **ORDERED** that the defendant's motion to suppress (doc. 7) is **DENIED**.

**DONE**, this 8th day of March, 2005.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**